# EXHIBIT C

Veritone, Inc. (NASDAQ : VERI)

FIFO/LIFO/DURA Losses
Class Period: 10/14/2025 - 04/14/2026

Hold Price: $1.8200

| | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MOVANT | SETTLEMENT DATE | SHARES | PURCHASE PRICE ($) | PURCHASE AMOUNT | SETTLEMENT DATE | SHARES | SALES PRICE ($) | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE | **ESTIMATED LOSSES** |
| DR. SAEED TAROKH | 10/17/25 | 4 | 6.7900 | 27.16 | | | | | 4 | 7.28 | (19.88) |
| | 10/17/25 | 4,600 | 6.9200 | 31,832.00 | | | | | 4,600 | 8,372.00 | (23,460.00) |
| | 10/22/25 | 11 | 5.9000 | 64.90 | | | | | 11 | 20.02 | (44.88) |
| | 10/31/25 | 4,325 | 6.0000 | 25,950.00 | | | | | 4,325 | 7,871.50 | (18,078.50) |
| | 10/31/25 | 2,565 | 6.0000 | 15,390.00 | | | | | 2,565 | 4,668.30 | (10,721.70) |
| | 11/05/25 | 312,660 | 6.1995 | 1,938,335.67 | | | | | 312,660 | 569,041.20 | (1,369,294.47) |
| | 11/05/25 | 512,720 | 6.1996 | 3,178,658.91 | | | | | 512,720 | 933,150.40 | (2,245,508.51) |
| | 11/10/25 | 200 | 5.2674 | 1,053.48 | | | | | 200 | 364.00 | (689.48) |
| | 11/10/25 | 45 | 5.4250 | 244.13 | | | | | 45 | 81.90 | (162.23) |
| | 11/14/25 | 4 | 4.2000 | 16.80 | | | | | 4 | 7.28 | (9.52) |
| | 11/17/25 | 344 | 4.2393 | 1,458.32 | | | | | 344 | 626.08 | (832.24) |
| | 11/20/25 | 2,451 | 4.1600 | 10,196.16 | | | | | 2,451 | 4,460.82 | (5,735.34) |
| | 11/20/25 | 9,542 | 3.9497 | 37,688.04 | | | | | 9,542 | 17,366.44 | (20,321.60) |
| | 11/21/25 | 21,258 | 3.9300 | 83,543.94 | | | | | 21,258 | 38,689.56 | (44,854.38) |
| | 11/21/25 | 35,500 | 3.8680 | 137,314.00 | | | | | 35,500 | 64,610.00 | (72,704.00) |
| | 12/01/25 | 8,056 | 4.4420 | 35,784.75 | | | | | 8,056 | 14,661.92 | (21,122.83) |
| | 12/08/25 | 10 | 5.3300 | 53.30 | | | | | 10 | 18.20 | (35.10) |
| | 12/10/25 | 2 | 5.5799 | 11.16 | | | | | 2 | 3.64 | (7.52) |
| | 12/11/25 | 830 | 5.6000 | 4,648.00 | | | | | 830 | 1,510.60 | (3,137.40) |
| | 12/12/25 | 1 | 5.9045 | 5.90 | | | | | 1 | 1.82 | (4.08) |
| | 12/16/25 | 5,000 | 5.5000 | 27,500.00 | | | | | 5,000 | 9,100.00 | (18,400.00) |
| | 12/16/25 | 170 | 5.4700 | 929.90 | | | | | 170 | 309.40 | (620.50) |
| | 12/18/25 | 3,400 | 4.9800 | 16,932.00 | | | | | 3,400 | 6,188.00 | (10,744.00) |
| | 12/19/25 | 42 | 5.1100 | 214.62 | | | | | 42 | 76.44 | (138.18) |
| | 01/02/26 | 545 | 4.5899 | 2,501.50 | | | | | 545 | 991.90 | (1,509.60) |
| | 01/16/26 | 2,600 | 4.4700 | 11,622.00 | | | | | 2,600 | 4,732.00 | (6,890.00) |
| | 01/22/26 | 2,630 | 3.9099 | 10,283.04 | | | | | 2,630 | 4,786.60 | (5,496.44) |
| **DR. SAEED TAROKH Totals** | | **929,515** | | **$5,572,259.67** | | **-** | | **$0.00** | **929,515** | **$1,691,717.30** | **($3,880,542.37)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $1.8200 per share.