**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAEED TAROKH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VERITONE, INC. RYAN S. STEELBERG, and MICHAEL L. ZEMETRA,<br><br>Defendants. | Case No. 8:26-cv-01275-MRA-AYP<br><br>**ORDER GRANTING STIPULATION SETTING SCHEDULE FOR AMENDED COMPLAINT AND MOTION TO DISMISS [58]**<br><br>**NOTE: CHANGES MADE BY COURT**<br><br>Courtroom: 9B<br>Judge: Hon. Mónica Ramírez Almadani |

On October 13, 2026, Lead Plaintiff Saeed Tarokh ("Lead Plaintiff") and Defendants Veritone, Inc., Ryan S. Steelberg, and Michael L. Zemetra (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), by and through their counsel, filed a Stipulation Setting Schedule for Amended Complaint and Motion to Dismiss.

The Court, having considered the Stipulation Setting Schedule for Amended

Complaint and Motion to Dismiss filed by the Parties and finding good cause therefor, hereby GRANTS the Stipulation with certain modifications and ORDERS as follows:

1. Lead Plaintiff shall file an Amended Complaint on or before December 18, 2026;
2. Defendants shall file a Motion to Dismiss the Amended Complaint on or before March 3, 2027;
3. Lead Plaintiff shall file an Opposition to Defendants' Motion to Dismiss on or before April 5, 2027;
4. Defendants shall file a Repy in support of the Motion to Dismiss on or before May 5, 2027; and
5. The Hearing on Defendants' Motion to Dismiss the Amended Complaint will be held on **May 25, 2027, at 10:00 a.m.**

IT IS SO ORDERED,

Dated: October 15, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE